**UNITED STATES BANKRUPTCY COURT**

NORTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
KIM F. LEFEBVRE - CLERK

**ALBANY DIVISION**
JAMES T. FOLEY COURTHOUSE
445 BROADWAY, SUITE 330
ALBANY, NEW YORK 12207
(518) 257-1661
Fax:(518) 257-1650

**SYRACUSE DIVISION**
JAMES M. HANLEY FEDERAL BUILDING
100 S. CLINTON ST., ROOM 315
P.O. BOX 7008
SYRACUSE, NY 13261-7008
(315) 295-1600
Fax (315) 295-1655

**UTICA DIVISION**
ALEXANDER PIRNIE FEDERAL BUILDING
10 BROAD ST, ROOM 230
UTICA NEW YORK 13501
(315) 793-8101
Fax:(315) 793-8128

**REPLY: Albany**

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
OCT 24 2011
LAWRENCE K. BAERMAN, CLERK
ALBANY

DATE: 10/24/11

Lawrence K. Baerman
Clerk, U.S. District Court
James T. Foley Courthouse
Albany, NY 12207

1:11-MISC-0079 GLS/GHL

In Re: Ehrlich V. Renolds et al

Case No. 10-10098
Adv. No. 10-90138

Dear Mr. Baerman,

Pursuant to 5003(c), please find enclosed certified copies of an order and or judgment to be entered by you in connection with the above captioned matter. We are also enclosing a copy of the docket.

Kindly acknowledge receipt on the photocopy of this letter. Your assistance in this matter is appreciated.

Sincerely,

KIM F. LEFEBVRE
Clerk of Court

By: /s/ Cherie Staigar
Deputy Clerk

cc: requesting party

O:R5003(02/01/2010)A

RICHARD D. SYMANSKY, P.C.
15 OXFORD ROAD
P.O. BOX 479
TROY, NEW YORK 12181-0479
(518) 273-005

RICHARD D. SYMANSKY, ESQ.
ATTORNEY AT LAW

FACSIMILE (518) 273-7218
e-mail: rdspc@nycap.rr.com

October 20, 2011

Clerk
United States Bankruptcy Court
Northern District of New York
445 Broadway
Albany, New York 12207

REC'D & FILED
2011 OCT 24 PM 1:07
U.S. BANKRUPTCY COURT
N.D. OF NY
ALBANY

Re: Michael J. Reynolds, Debtor, Chapter 7 Case No. 10-10698
Marc S. Ehrlich, Trustee v. James Reynolds and Michael J. Reynolds, Adversary Case No. 10-90138
Request for transcript of Judgment

Dear Sir/Madam:

I have been appointed special counsel for the estate of the above debtor.

I hereby request a transcript of the judgment granted to the trustee against James Reynolds in the above matter. A certified copy of the judgment is enclosed.

My check in the amount of $9.00 payable to the Clerk of the US District Court, NDNY is enclosed together with a stamped self addressed envelope.

@ 9.00 D Court 10/24/11

If anything further is required, please contact me.

Thank you for your assistance.

Very truly yours,

RICHARD D. SYMANSKY, P.C.

Richard D. Symansky

**DEFER, CLOSED**

**U.S. Bankruptcy Court**
**Northern District of New York (Albany)**
**Adversary Proceeding #: 10-90138-1-rel**

*Assigned to:* Chief Judge Robert E. Littlefield Jr.
*Lead BK Case:* 10-10098
*Lead BK Title:* Michael J. Reynolds
*Lead BK Chapter:* 7
*Demand:*

*Nature[s] of Suit:* 12 Recovery of money/property - 547 preference

*Date Filed:* 09/29/10
*Date Terminated:* 07/19/11

I certify that this is a true copy.
Attest: [signature]
Clerk of Court
By: [signature]
Date: 10/24/11

**Plaintiff**
-----------------------

**Marc S. Ehrlich**
64 Second Street
Troy, NY 12180
(518)272-2110

represented by **Marc S. Ehrlich**
PRO SE

V.

**Defendant**
-----------------------

**JAMES REYNOLDS**
99 CATHERINE STREET
SARATOGA SPRINGS, NY 12866

represented by **JAMES REYNOLDS**
PRO SE

**Michael J. Reynolds**
29 East Avenue
Saratoga Springs, NY 12866
SSN / ITIN: xxx-xx-1164

represented by **Michael J. Reynolds**
PRO SE

| Filing Date | # | Docket Text |
|---|---|---|
| 09/29/2010 | 1 | Adversary case 10-90138-1. (12 (Recovery of money/property - 547 preference)) Complaint by Marc S. Ehrlich against JAMES REYNOLDS, Michael J. Reynolds. Fee Amount of $250 is DEFERRED.. (Attachments: # 1 Cover Letter) (Ehrlich, Marc) (Entered: 09/29/2010) |
| 09/29/2010 | 2 | Summon Issued Summons Issued on JAMES REYNOLDS Answer Due 10/29/2010; Michael J. Reynolds Answer Due 10/29/2010 (Ehrlich, Marc) (Entered: 09/29/2010) |

| | | |
|---|---|---|
| 09/29/2010 | 3 | Affidavit of Service Filed by Marc S. Ehrlich (related document(s) 2 ). (Ehrlich, Marc) (Entered: 09/29/2010) |
| 09/29/2010 | | Judge Robert E. Littlefield added to case. (Coughlin, Kathy) (Entered: 09/29/2010) |
| 09/29/2010 | 4 | Affidavit Re: *no money on deposit in estate* Filed by Marc S. Ehrlich. (Ehrlich, Marc) (Entered: 09/29/2010) |
| 11/10/2010 | 5 | Clerks Letter of default sent to Marc Ehrlich Esq. (related document(s) 1 ). (Coughlin, Kathy) (Entered: 11/10/2010) |
| 11/18/2010 | 6 | Motion for Default Judgment Filed by Marc S. Ehrlich. (Ehrlich, Marc) (Entered: 11/18/2010) |
| 11/18/2010 | 7 | Notice of Hearing Filed by Marc S. Ehrlich (related document(s) 6 ). Hearing scheduled for 12/15/2010 at 09:00 AM at First Meeting Albany. (Attachments: # 1 Affidavit of Service)(Ehrlich, Marc) (Entered: 11/18/2010) |
| 12/15/2010 | | Hearing Held; Granted (related document(s), 6 ). Order due by 1/14/2011. (Cardinal, Lisa) (Entered: 12/16/2010) |
| 12/16/2010 | 9 | Order Granting Motion For Default Judgment (Related Doc # 6 ) Signed on 12/16/2010. (Coughlin, Kathy) (Entered: 12/16/2010) |
| 12/30/2010 | 10 | Affidavit of Service Filed by Marc S. Ehrlich (related document(s) 9 ). (Ehrlich, Marc) (Entered: 12/30/2010) |
| 01/04/2011 | 11 | Clerk's Notice of Fees Due In The Amount of 250.00 For Deferred Adversary. Clerks Fee Due on 1/14/2011. (Cardinal, Lisa) (Entered: 01/04/2011) |
| 02/15/2011 | 12 | Follow Up Notice of Fees Due (related document(s) 11 ). Clerks Fee Due on 2/25/2011. (Cardinal, Lisa) (Entered: 02/15/2011) |
| 07/19/2011 | | Disposition of Adversary 1:10-ap-90138 Judgment For plaintiff. (Coughlin, Kathy) (Entered: 07/19/2011) |
| 07/19/2011 | | Adversary Case 1:10-ap-90138 Closed. (Coughlin, Kathy) (Entered: 07/19/2011) |

I certify that this is a true copy.
Attest: [signature]
Clerk of Court
By: Dina M. Cappello
Date: 05/11/2011

**SO ORDERED.**

**SIGNED this 16 day of December, 2010.**

[signature]

**ROBERT E. LITTLEFIELD, JR.**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:

MICHAEL J. REYNOLDS,

Debtor

**ORDER**

Case No. 10-10098

Adv. No. 10-90138

MARC S. EHRLICH, TRUSTEE,
Plaintiff

-against-

JAMES REYNOLDS
and MICHAEL J. REYNOLDS,

Defendants

Upon the Motion for Default Judgment against James Reynolds, by Marc S. Ehrlich, Chapter 7 Trustee, dated November 18, 2010, and hearing Marc S. Ehrlich, in support of the motion appearing before the Court on December 15, 2010, and there having been no appearances in opposition and no papers having been submitted in

opposition thereto and upon due deliberation by the Court, it is hereby

ORDERED that a default judgment is hereby entered against James Reynolds pursuant to FRBP 7055. And it is further

ORDERED that the Trustee is hereby granted a Money Judgment against defendant James Reynolds in the sum of Six Thousand Dollars ($6,000.00).

###